DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BROWN

No. 74 PC.

Case below: 39 N.C. App. 548.

Application by defendant for further review denied 1 May 1979.

STATE v. BURNETT and SANDERS

No. 68 PC.

Case below: 39 N.C. App. 605.

Application by defendants for further review denied 1 May 1979.

STATE v. HUNT

No. 89 PC.

Case below: 39 N.C. App. 736.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 May 1979.

STATE v. JEFFUS

No. 71 PC.

Case below: 39 N.C. App. 734.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

STATE v. MASON and STREEPER

No. 62 PC.

Case below: 39 N.C. App. 735.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 May 1979.